UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| KALSHIEX LLC,<br><br>*Plaintiff,*<br><br>vs.<br><br>JOHN A. MARTIN, et al.,<br><br>*Defendants.* | Case No.: 25-cv-1283-ABA<br><br>**JOINT STIPULATION** |

Counsel for Plaintiff KalshiEX LLC and Defendants John A. Martin, Maryland Lottery and Gaming Control Agency, Michael Eaton, Everett D. Browning, Sr., E. Randolph Marriner, Ade Adebisi, Diane Croghan, George L. Doetsch, Jr., Harold E. Hodges, James J. Stakem, Maryland Lottery and Gaming Control Commission, and Anthony G. Brown appeared before the Court for a telephonic status conference on April 23, 2025. (Dkt. #18.) After conferring as directed by the Court, the parties jointly stipulate as follows:

*First,* the parties respectfully ask the Court to enter the following schedule for briefing Plaintiff's Motion for Preliminary Injunction (Dkt. #2) and are available for a hearing as follows:

**Defendants' Response:** May 9, 2025
**Kalshi's Reply:** May 19, 2025
**Hearing:** May 27-30 or June 2, 2025

*Second,* the parties agree that Defendants will refrain from seeking to enforce against Plaintiff any state laws referenced in the April 7 cease-and-desist letter pending the Court's disposition of Plaintiff's motion for a preliminary injunction. The parties further agree that

Defendants will not later seek to use as a basis for liability against Plaintiff any event contract offered from the time of the filing of Plaintiff's preliminary injunction motion through the Court's disposition of that motion.

Dated this 24th day of April, 2025.

/s/ William E. Havemann
_____
Neal Kumar Katyal (D. Md. Bar No. 21694)
Joshua B. Sterling (*pro hac vice*)
William E. Havemann (D. Md. Bar No. 19164)
Milbank LLP
1850 K Street, Suite 1100
Washington D.C. 20006
Telephone: 202-835-7505
Facsimile: 213-629-5063

Mackenzie Austin (*pro hac vice*)
Milbank LLP
2029 Century Park East, 33rd Floor
Los Angeles, California 90067
Telephone: 424-386-4000
Facsimile: 213-629-5063

ATTORNEYS FOR PLAINTIFF


ANTHONY G. BROWN
Attorney General of Maryland

_____
Erik J. Delfosse (D. Md. Bar No. 18881)
Assistant Attorney General
Maryland Lottery and Gaming Control Agency
1800 Washington Boulevard; Suite 330
Baltimore, Maryland 21230
erik.delfosse@maryland.gov

Telephone: 410-230-8726
Facsimile: 410-230-8787

ATTORNEY FOR DEFENDANTS