IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KALSHIEX LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>JOHN A. MARTIN, *et al.*,<br><br>    *Defendants* | Case No. 25-cv-1283-ABA |

## ORDER

On May 29, 2025, the Court held a hearing on Plaintiff's motion for a temporary restraining order and/or preliminary injunction (ECF No. 2) (the "Motion"). ECF No. 30. During the hearing, the Court ordered the parties to file a joint status report proposing a briefing schedule for supplemental briefing on the Motion. The parties thereafter filed a joint status report. ECF No. 32. It is hereby ORDERED as follows:

1. The parties shall file an initial supplemental brief of no more than 30 pages on or before **June 13, 2025**; and

2. The parties shall file responses of no more than 15 pages on or before **June 25, 2025**.

Date:  June 5, 2025

                                                                            */s/*
                                                    Adam B. Abelson
                                                    United States District Judge