**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| KALSHIEX LLC, | Case No.: 25-cv-1283-ABA |
| *Plaintiff*, | |
| | **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |
| vs. | |
| JOHN A. MARTIN, et al. | |
| *Defendants*. | |

Pursuant to L.R. 101 (2)(a), Mackenzie Austin, counsel for Plaintiff KalshiEx LLC, moves for leave to withdraw as counsel in this matter, because she has left the law firm of Milbank LLP. Neal Kumar Katyal, Joshua B. Sterling, and William E. Havemann will continue to represent KalshiEx LLC in this matter.

Dated: June 6, 2025                    Respectfully submitted,

*/s/ Mackenzie Austin*
Mackenzie Austin
MILBANK LLP
2029 Century Park East
33rd Floor
Los Angeles, California 90067
Telephone: (424) 386-4000
maustin@milbank.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 6, 2025, I electronically filed the foregoing Motion to Withdraw as Counsel with the Clerk of the U.S. District Court for the District of New Jersey.  Counsel for all parties will be served via CM/ECF.

/s/_____*Mackenzie Austin*

Dated this 6th day of June, 2025.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| KALSHIEX LLC, | Case No.: 25-cv-1283-ABA |
| *Plaintiff*, | |
| vs. | |
| JOHN A. MARTIN, et al. | |
| *Defendants*. | |

**[PROPOSED] ORDER**

This matter having come before the court on the motion of Mackenzie Austin to withdraw as counsel for Plaintiff KalshiEx LLC, good cause having been shown, it is hereby ORDERED that the Motion is hereby GRANTED; and it is further

ORDERED that the appearance of Mackenzie Austin as counsel for Plaintiff KalshiEx LLC, is hereby stricken.

Date: _____        _____
                                                                              Adam B. Abelson
                                                                              United States Magistrate Judge