IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KALSHI EX LLC,

    *Plaintiff,*

v.

JOHN A. MARTIN, et al.,

    *Defendants.*

Case No. 25-cv-1283-ABA

## ORDER

Upon consideration of the motion to file an amicus brief, ECF No. 39, by the Arizona Indian Gaming Association, Blue Lake Rancheria, California Nations Indian Gaming Association, Chicken Ranch Rancheria of Me-Wuk Indians of California, Elk Valley Rancheria, Enterprise Rancheria of Maidu Indians of California, Guidiville Rancheria of California, Ho-Chunk Nation of Wisconsin, Indian Gaming Association, Jamul Indian Village of California, Kalispel Tribe of Indians, Karuk Tribe, Klamath Tribes, Lytton Rancheria of California, Middletown Rancheria of Pomo Indians of California, Morongo Band of Mission Indians, National Congress of American Indians, Oklahoma Indian Gaming Association, Pechanga Band of Indians, Penobscot Nation, Picayune Rancheria of Chukchansi Indians of California, Pueblo of Acoma, Puyallup Tribe, Redding Rancheria, Rincon Band of Luiseo Mission Indians, Santa Ynez Band of Chumash Mission Indians, Seminole Tribe of Florida, Shoalwater Bay Indian Tribe, Suquamish Indian Tribe of the Port Madison Reservation, Table Mountain Rancheria, Tribal Alliance of Sovereign Indian Nations, United South and Eastern Tribes Sovereignty Protection Fund, White Earth Nation, and Yuhaaviatam of San Manuel Nation (collectively,

1

"Tribal Amici"), and for good cause shown, it is hereby **ORDERED** that the Tribal Amici's motion is **GRANTED**.

    **IT IS SO ORDERED.**

Dated: June 26, 2025

                                                              */s/*
                                        Adam B Abelson
                                        United States District Judge