IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KalshiEX, LLC<br>　*Plaintiff* | \* | Case No.: 25-cv-1283-ABA |
| | \* | |
| v. | | |
| | \* | |
| John A. Martin, et al.,<br>　*Defendants.* | \* | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### **DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants hereby give notice of legal authority relevant to this litigation: the Fourth Circuit ruling in the matter *GenBioPro, Inc. v. Raynes*, No. 23-2194, 2025 WL 1932936 (4th Cir. July 15, 2025) which finds that, "[b]ecause the [Food and Drug Administration Amendments Act] falls well short of expressing a clear intention to displace the states' historic and sovereign right to protect the health and safety of their citizens," it did not preempt West Virginia state law. *Id.* at \*1.

　　　　　　　　　　　　　　　　　　ANTHONY G. BROWN
　　　　　　　　　　　　　　　　　　Attorney General of Maryland

　　　　　　　　　　　　　　　　　　*/s Erik J. Delfosse*＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　ERIK J. DELFOSSE
　　　　　　　　　　　　　　　　　　Federal Bar No. 18881
　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　Maryland Lottery and Gaming Control Agency
　　　　　　　　　　　　　　　　　　1800 Washington Boulevard; Suite 330
　　　　　　　　　　　　　　　　　　Baltimore, Maryland 21230

　　　　　　　　　　　　　　　　　　*/s Max F. Brauer*＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　MAX F. BRAUER
　　　　　　　　　　　　　　　　　　Federal Bar No. 30162
　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　Securities Division
　　　　　　　　　　　　　　　　　　200 Saint Paul Place; 25th Floor
　　　　　　　　　　　　　　　　　　Baltimore, Maryland 21202

*Attorneys for Defendants, John A. Martin, Maryland Lottery and Gaming Control Commission, Maryland Lottery and Gaming Control Agency, Everett D. Browning, Sr., E. Randolph Marriner, Ade Adebisi, Diane Croghan, George L. Doetsch, Jr., Harold E. Hodges, and James J. Stakem, Michael Eaton, and Anthony G. Brown*

July 17, 2025