IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| KALSHIEX LLC, | |
|---|---|
| *Plaintiff*, | |
| v. | Case No. 25-cv-1283-ABA |
| JOHN A. MARTIN, *et al.*, | |
| *Defendants* | |

**ORDER**

Plaintiff KalshiEX LLC ("Kalshi") filed a motion for temporary restraining order and/or preliminary injunction on April 21, 2025. ECF No. 2 (the "Motion"). For the reasons explained in the accompanying memorandum opinion, it is hereby ORDERED as follows:

1. The Motion is DENIED;

2. The motion to strike (ECF No. 68) is DENIED as MOOT; and

3. The Court will hold a Zoom status conference on **Thursday, August 7 at 11:00 A.M.** Zoom information will be circulated to counsel via email in advance of the conference.

Date: August 1, 2025

/s/
Adam B. Abelson
United States District Judge

1