UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| KALSHIEX LLC, *Plaintiff*, vs. JOHN A. MARTIN, et al., *Defendants*. | Case No.: 25-cv-1283-ABA  **PLAINTIFF'S NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that Plaintiff KalshiEX LLC hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Court's Memorandum Opinion and Order issued on August 1, 2025, ECF Nos. 70 and 71.

Dated this 1st day of August, 2025.

    Respectfully submitted,

    /s/ *Neal Kumar Katyal*
    Neal Kumar Katyal (D. Md. Bar No. 21694)
    Milbank LLP
    1101 New York Ave., NW
    Washington DC 20006
    Telephone: 202-835-7505
    Facsimile: 202-263-7586

    *Counsel for Plaintiff*