UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| KALSHIEX LLC,<br><br>*Plaintiff*,<br><br>vs.<br><br>JOHN A. MARTIN, et al.<br><br>*Defendants*. | Case No.: 1:25-cv-01283-ABA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR INJUNCTION PENDING APPEAL** |

Before the Court is Plaintiff's Motion for an Injunction Pending Appeal. Upon consideration of Plaintiff's Motion and the supporting memorandum of points and authorities, it is hereby:

ORDERED that, sufficient reason having been shown pursuant to Rule 62(d) of the Federal Rules of Civil Procedure, Defendants are restrained from enforcing Maryland state gambling laws including Crim. Law Titles 12 and 13, SG §§ 9-1E-01, 9-1E-03, 9-1E-04, 9-1E-12, COMAR 36.10.01.02B and 36.10.14.01, Business Regulation § 14-113, any rules adopted thereunder, and any other Maryland law that is used to effectively regulate Plaintiff's designated futures market against Plaintiff during the pendency of Plaintiff's appeal to the United States Court of Appeals for the Fourth Circuit from this Court's August 1, 2025, Order denying Plaintiff's motion for a temporary restraining order and preliminary injunction.

SO ORDERED ON THIS _____ day of _____, 2025.

_____
Judge, United States District Court for District of Maryland