UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| KALSHIEX LLC,<br><br>*Plaintiff*,<br><br>vs.<br><br>JOHN A. MARTIN, et al.<br><br>*Defendants*. | Case No.: 1:25-cv-01283-ABA<br><br>NOTICE REGARDING PLAINTIFF'S MOTION FOR INJUNCTION PENDING APPEAL |

Plaintiff KalshiEX LLC ("Kalshi") respectfully submits this notice regarding its pending Motion for an Injunction Pending Appeal. ECF No. 73. On Monday, August 4, 2025, after Kalshi filed its Motion, counsel for Defendants contacted Kalshi and represented that Defendants will forgo enforcement of the relevant Maryland laws at least until this Court's status conference, which is now scheduled for August 7, 2025, but which the parties intend to request be continued until August 13, 2025. Accordingly, while Kalshi had requested a ruling on its Motion by August 5, 2025, a ruling by that date is no longer necessary. Counsel for Kalshi will be prepared to address the Motion during the status conference.

Dated this 4th day of August, 2025.

/s/ *Neal Kumar Katyal*

Neal Kumar Katyal (D. Md. Bar No. 21694)
Joshua B. Sterling (*pro hac vice*)
William E. Havemann (D. Md. Bar No. 19164)
Milbank LLP
1101 New York Ave., NW
Washington DC 20006
Telephone: 202-835-7505
Facsimile: 213-629-5063

ATTORNEYS FOR PLAINTIFF