**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| KALSHIEX LLC,<br>　　*Plaintiff,* | * | Case No.: 1:25-cv-01283-ABA |
| | * | |
| vs. | * | |
| John A. Martin, et al.,<br>　　*Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

With the consent of the parties, it is hereby ordered that the Zoom conference call scheduled for the morning of Thursday, August 7, 2025, is rescheduled to the afternoon of Wednesday, August 13, 2025. After considering Defense Counsel's Proposed Order to Reschedule the Zoom conference call, it is this _____ day of _____, 2025, ORDERED that Defense Counsel's Proposed Order to Reschedule the Zoom conference call is GRANTED.

_____
Adam B. Abelson, Judge
United States District Court