UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| KALSHIEX LLC,<br><br>*Plaintiff*,<br><br>vs.<br><br>JOHN A. MARTIN, et al.,<br><br>*Defendants*. | Case No.: 25-cv-1283-ABA<br><br>NOTICE OF WITHDRAWAL OF MOTION FOR INJUNCTION PENDING APPEAL |

Plaintiff KalshiEX LLC ("Kalshi") respectfully withdraws its pending Motion for an Injunction Pending Appeal, ECF No. 73, and also requests to withdraw its Notice of Withdrawal of Motion for Injunction Pending Appeal filed at ECF No. 81, which was filed in error using a motion filing event. The Court denied a preliminary injunction in this case on August 1, 2025. ECF Nos. 70, 71. The same day, Kalshi appealed that decision to the U.S. Court of Appeals for the Fourth Circuit. ECF No. 72. Given that it now faced the prospect of criminal and civil liability, Kalshi also asked this Court for an immediate injunction pending appeal and requested a ruling on its motion by August 5, after which it intended to seek relief from the Fourth Circuit. ECF No. 73 at 2. Counsel for Defendants contacted Kalshi on August 4 and represented that Defendants would forgo enforcement of the relevant Maryland laws against Kalshi at least until the Court's status conference, which is now scheduled for today, August 13. ECF Nos. 76, 78. Kalshi thereafter informed this Court that a ruling by August 5 was no longer necessary. ECF No. 76.

On August 12, Kalshi received written assurances from counsel for Defendants that Defendants would forgo enforcement of the relevant Maryland laws against Kalshi pending the outcome of Kalshi's pending appeal in the Fourth Circuit. That assurance of nonenforcement has rendered an injunction pending appeal unnecessary. Kalshi accordingly withdraws its motion seeking that relief.

Kalshi also requests to withdraw its Notice of Withdrawal of Motion for Injunction Pending Appeal filed at ECF No. 81, which was filed in error using a motion filing event.

## CONCLUSION

Kalshi respectfully withdraws its Motion for an Injunction Pending Appeal, ECF No. 73. Kalshi also requests to withdraw its Notice of Withdrawal of Motion for Injunction Pending Appeal filed at ECF No. 81, which was filed in error using a motion filing event.

| | |
|---|---|
| Dated this 13th day of August, 2025. | /s/ *Neal Kumar Katyal* |
| | Neal Kumar Katyal (D. Md. Bar No. 21694) |
| | Joshua B. Sterling (*pro hac vice*) |
| | William E. Havemann (D. Md. Bar No. 19164) |
| | Milbank LLP |
| | 1101 New York Ave., NW |
| | Washington DC 20006 |
| | Telephone: 202-835-7505 |
| | Facsimile: 213-629-5063 |
| | |
| | ATTORNEYS FOR PLAINTIFF |

SO ORDERED:

_____

Judge, United States District Court for District of Maryland

2